1508

## CASE ANNOUNCEMENTS

*June 1, 2011*

[Cite as *06/01/11 Case Announcements*, 2011-Ohio-2615.]

## MOTION AND PROCEDURAL RULINGS

**1993–0261.  [State ex rel.] Guess v. Hocking Cty. Court of Common Pleas.**
On August 2, 2006, this court found Bo Guess to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Guess was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On May 18, 2011, Guess submitted an emergency motion to return all original exhibits.

It is ordered by the court, sua sponte, that the emergency motion is stricken for failure to first seek leave.

**1993–0262.  [State ex rel.] Guess v. Hocking Cty. Juvenile Court.**
On August 2, 2006, this court found Bo Guess to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Guess was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On May 18, 2011, Guess submitted an emergency motion to return all original exhibits.

It is ordered by the court, sua sponte, that the emergency motion is stricken for failure to first seek leave.

**2010–2158.  State v. Carlisle.**
Cuyahoga App. No. 93266, 2010-Ohio-3407. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of the appellant's motion to resubmit a corrected merit brief, it is ordered by the court, sua sponte, that appellant shall file a corrected merit brief no later than Friday, June 3, 2011.

## MISCELLANEOUS DISMISSALS

**2011–0395.  State ex rel. Thompson v. Ohio Adult Parole Auth.**
Franklin App. No. 10AP–24, 2011-Ohio-429. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. The records of this court indicate that appellant has not